In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose to the Real Property Required for the Opening and Extending of Northern Boulevard (Broadway-Jackson Avenue) from Auburndale (Cemetery) Lane to the Easterly Boundary Line of The City of New York, etc., in the Borough

of Queens, City of New York. Dooley-Stapleton Holding Corporation, Appellant; Thomas Cavanagh and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.